IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WALLY YAMMINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PNC BANK, N.A. and SELECT )<br>PORTFOLIO SERVICING, INC. )<br>)<br>Defendants. ) | Civil Action No. 3:17-CV-1130-C-BN |

## ORDER

Before the Court are: (1) Defendants' Motion for Judgment on the Pleadings, filed November 6, 2017; (2) Plaintiff's Response, filed *pro se* on December 7, 2017; and (3) Defendants' Reply, filed December 20, 2017. On July 6, 2018, the United States Magistrate Judge filed his Findings, Conclusions, and Recommendation advising that the Motion be granted and this case be dismissed. Plaintiff failed to file any objections and the time to do so has now expired.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

---

[1] Plaintiff filed a Motion to Reconsider on July 16, 2018, which the Magistrate Judge properly construed as a motion requesting to modify the scheduling order and allow the late filing of supplemental documents. The Magistrate Judge denied the Motion on July 19, 2018. The Motion did not raise any objections to specific findings or conclusions of the Magistrate Judge.

therein, Defendants' Motion for Judgment on the Pleadings is **GRANTED** and the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 8th day of August, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE